IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIE MAYS WAYNE,            )
                              )
         Plaintiff,           )
                              )
vs.                           )    CIVIL ACTION 611-092
                              )
BRUCE CHAPMAN, Warden,        )
                              )
         Defendant.           )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. **ACCORDINGLY**, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is **DISMISSED.**

SO ORDERED this ___20___ day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia