IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIE MAYS WAYNE, )
)
    Plaintiff, )
)
vs. ) CIVIL ACTION 611-092
)
BRUCE CHAPMAN, Warden, )
)
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. **ACCORDINGLY**, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is **DISMISSED**.

SO ORDERED this 20 day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia